# EXHIBIT 3

*SCDHHS Form 3400*

# Application for Medicaid and Affordable Health Coverage

**SOUTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**Healthy Connections MEDICAID**

## things to know


**Use this application to see what coverage choices you qualify for**
- Affordable private health insurance plans that offer comprehensive coverage to help you stay well.
- A new tax credit that can immediately help pay your premium for health coverage.
- Free or low-cost insurance from Medicaid or the Children's Health Insurance Program (CHIP). **You may qualify for a free or low-cost program even if you earn as much as $94,000 a year (for a family of 4)**.


**Apply faster online**
- Apply faster online at **SCDHHS.gov** or **HealthCare.gov**.


**What you may need to apply**
- Social Security Numbers (or document numbers for any legal immigrants who need insurance)
- Employer and income information for everyone in your family (for example, from paystubs, W-2 forms, or wage and tax statements)
- Policy numbers for any current health insurance
- Information about any job-related health insurance available to your family


**Why do we ask for this information?**
We ask about income and other information to let you know what coverage you qualify for and how to get any help paying for it. **We'll keep all the information you provide private and secure, as required by law.** To view the Privacy Act Statement, go to **https://www.SCDHHS.gov/internet/pdf/SCDHHSNoticeofPrivacyPractices080107.pdf**.


**What happens next?**
Send your complete, signed application to the address on the signature page.
**If you don't have all the information we ask for, sign and submit your application anyway.** We'll follow-up with you within 1–2 weeks. You'll get instructions on the next steps to complete your application for health coverage. If you don't hear from us, visit **SCDHHS.gov** or call 1-888-549-0820.
Filling out this application doesn't mean you have to buy health coverage.




**NEED HELP WITH YOUR APPLICATION?** Visit **SCDHHS.gov** or call us at **1-888-549-0820**. Para obtener una copia de este formulario en Español, llame **1-888-549-0820**. If you need help in a language other than English, call **1-888-549-0820** and tell the customer service representative the language you need. We'll get you help at no cost to you. TTY users should call **1-888-842-3620**.

| | |
|---|---|
|  **Who can use this application?** | - Use this application to apply for anyone in your family.<br>- Apply even if you or your child already has health coverage. You could be eligible for lower-cost or free coverage.<br>- If you're single, you may be able to use a short form. Visit **HealthCare.gov**.<br>- Families that include immigrants can apply. You can apply for your child even if you aren't eligible for coverage. Applying won't affect your immigration status or chances of becoming a permanent resident or citizen.<br>- If someone is helping you fill out this application, you may need to complete the Authorized Representative Form (1282), which can be downloaded at **SCDHHS.gov**. |
| **Tell us about yourself and your family.** | **Who do you need to include on this application?**<br>Tell us about all the family members who live with you. If you file taxes, we need to know about everyone on your tax return. (You don't need to file taxes to get health coverage.)<br><br>**DO include:**<br>- Yourself<br>- Your spouse<br>- Your children under 21 who live with you<br>- Your unmarried partner who needs health coverage<br>- Anyone you include on your tax return, even if they don't live with you<br>- Anyone else under 21 who you take care of and lives with you<br><br>**You DON'T have to include:**<br>- Your unmarried partner who doesn't need health coverage<br>- Your unmarried partner's children<br>- Your parents who live with you, but file their own tax return (if you're over 21)<br>- Other adult relatives who file their own tax return<br><br>The amount of assistance or type of program you qualify for depends on the number of people in your family and their incomes. This information helps us make sure everyone gets the best coverage they can. |
|  **Get help with this application** | - **Online: SCDHHS.gov**<br>- **Phone:** Call our Help Center at **1-888-549-0820**.<br>- **In person:** There may be counselors in your area who can help.<br>**Visit our website** or call **1-888-549-0820** for more information.<br>- **En Español:** Llame a nuestro centro de ayuda gratis al **1-888-549-0820**. |

 **NEED HELP WITH YOUR APPLICATION?** Visit **SCDHHS.gov** or call us at **1-888-549-0820**. Para obtener una copia de este formulario en Español, llame **1-888-549-0820**. If you need help in a language other than English, call **1-888-549-0820** and tell the customer service representative the language you need. We'll get you help at no cost to you. TTY users should call **1-888-842-3620**.

# Notice of Non-Discrimination

The South Carolina Department of Health and Human Services (SCDHHS) complies with applicable Federal civil rights laws and does not discriminate on the basis of race, color, national origin, age, disability, or sex. SCDHHS does not exclude people or treat them differently because of race, color, national origin, age, disability, or sex.

SCDHHS provides free aids and services to people with disabilities, such as qualified sign language interpreters and written information in other formats (large print, braille, audio, accessible electronic formats, other formats). We provide free language services to people whose primary language is not English, such as qualified interpreters and information written in other languages. If you need these services, contact Janet Bell, ADA and Civil Rights Official, by mail at: PO Box 8206, Columbia, SC 29202-8206; by phone at: 1-888-549-0820 (TTY: 1-888-842-3620); or by email at: civilrights@scdhhs.gov.

If you believe that SCDHHS has failed to provide these services or discriminated in another way on the basis of race, color, national origin, age, disability, or sex, you can file a grievance with the Civil Rights Official using the contact information provided above. You can file a grievance in person or by mail or email. If you need help filing a grievance, we are available to help you.

You can also file a civil rights complaint with the U.S. Department of Health and Human Services, Office for Civil Rights, electronically through the Office for Civil Rights Complaint Portal, available at https://ocrportal.hhs.gov/ocr/portal/lobby.jsf or by mail or phone at: U.S. Department of Health and Human Services, 200 Independence Avenue, SW, Room 509F, HHH Building, Washington, D.C. 20201 or by phone at: 800-368- 1019, 800-537-7697 (TDD). Complaint forms are available at http://www.hhs.gov/ocr/office/file/index.html

## Language Services

**If your primary language is not English, language assistance services are available to you, free of charge. Call: 1-888-549-0820 (TTY: 1-888-842-3620).**

**si habla español, tiene a su disposición servicios gratuitos de asistencia lingüística. Llame al 1-888-549-0820 (TTY: 1-888-842-3620).**

أذا كانت لغتك الاساسية غير اللغة الانكليزية فان خدمات المساعدات اللغوية متوفرة لك مجانا.اتصل على الرقم:
1-888-549-0280(رقم هاتف الصم والبكم 1-888-842-3620)

**Se fala português, encontram-se disponíveis serviços linguísticos, grátis. Ligue para 1-888-549-0820 (TTY: 1-888-842-3620).**

**Если вы говорите на русском языке, то вам доступны бесплатные услуги перевода. Звоните 1-888-549-0820 (телетайп: 1-888-842-3620).**

**Nếu bạn nói Tiếng Việt, có các dịch vụ hỗ trợ ngôn ngữ miễn phí dành cho bạn. Gọi số 1-888-549-0820 (TTY: 1-888-842-3620).**

**Se você fala português do Brasil, os serviços de assistência em sua lingua estão disponíveis para você de forma gratuita. Chame 1-888-549-0820 (TTY : 1-888-842-3620)**

如果您使用繁體中文，您可以免費獲得語言援助服務。請致電1-888-549-0820 (TTY: 1-888-842-3620)

**Falam tawng thiam tu na si le tawng let nak asi mi 1-888-549-0820 (TTY: 1-888-842-3620) ah tang ka pek tul lo in na ko thei.**

यदद आप ह िंदी बोलते हैं तो आपके ललए मुफ्त में भाषा सहायता सेवाएं उपलब्ध हैं। 1-888-549-0820 (TTY: 1-888-842- 3620) पर कॉल करें।

한국어를 사용하시는 경우, 언어 지원 서비스를 무료로 이용하실 수 있습니다. 1-888-549-0820 (TTY: 1-888-842-3620)번으로 전화해 주십시오.

**Haka tawng thiam tu na si le tawng let asi mi 1-888-549-0820 (TTY: 1-888-842-3620) ah tang ka pek tul lo in ko thei.**

**Si vous parlez français, des services d'aide linguistique vous sont proposés gratuitement. Appelez le 888-549-0820 (ATS : 888-842-3620).**

နမ္ၤကတိၤ ကညီ ကျိၥ်အယိၤ, နမၤန့ၤ ကျိၥ်အတၤ်မၤစၢၤလၢ တလၢၥ်ဘူၣ်လၢၥ်စ့ၤ နိတမံၤဘၣ်သ့န့ၣ်လီၤ. ကိး 888-549-0820 (TTY: 888-842-3620)

ማስታወሻ: የሚናገሩት ቋንቋ ኣማርኛ ከሆነ የትርጉም እርዳታ ድርጅቶች፣ በነጻ ሊያግዝዎት ተዘጋጀተዋል፡ ወደ ሚከተለው ቁጥር ይደውሉ 1-888-549-0820 (መስማት ለተሳናቸው: 1-888-842-3620).

အကယ်၍ သင်သည် မြန်မာစကား ကို ပြောပါက၊ ဘာသာစကား အကူအညီ၊ အခမဲ့၊ သင့် ၌အတွက် စီစဉ်ဆောင်ရွက်ပေးပါမည်။ ဖုန်းနံပါတ် 888-549-0820 (TTY: 888-842-3620) သို့ ခေါ် ဆိုပါ။

South Carolina Department of Health and Human Services  *Better care. Better value. Better health.*



This page intentionally left blank

# STEP 1

Some Medicaid programs that cover specific services require additional information to determine eligibility. By completing this section, we will be able to ask you for information most relevant to your needs. If anyone applying for coverage meets the following criteria, please check all boxes that apply. **Even if you or your household members do not meet any of these criteria, you may still qualify for Medicaid. If none apply, do not check anything; we will evaluate you for all available coverage types.**

☐ Need to live in a medical facility or nursing home or need nursing services at home

☐ Receiving treatment for one of the following:
-Breast cancer  -Cervical cancer  -Atypical Breast Hyperplasia
-Precancerous Cervical Lesion (CIN 2/3)

☐ SSI is ending and need to reapply for Medicaid (example: a letter citing the Pickle Amendment)

☐ Foreign refugee who has been granted asylum in the U.S.

☐ Presumptive Disability    **This box for pilot use only**

☐ Have a physical or intellectual disability

☐ Age 65 or older

☐ Receive Medicare

☐ Applying for TEFRA or PRTF

Start with yourself, then add other adults and children. If you have more than 4 people in your family, you'll need to make a copy of the pages and attach them. You don't need to provide immigration status or a Social Security Number (SSN) for family members who don't need health coverage. We'll keep all the information you provide private and secure as required by law. We'll use personal information only to check if you're eligible for health coverage. We need one adult in the family to be the contact person for your application.

## Primary contact person

1. First name, Middle name, Last name and Suffix

2. Home address (Leave blank if you don't have one.)     3. Apartment or suite number

4. City     5. State     6. ZIP code     7. County

8. Mailing address (if different from home address)     9. Apartment or suite number

10. City     11. State     12. ZIP code     13. County

14. Phone number     15. Other phone number

16. Do you want to get information about this application by email?   ☐ Yes  ☐ No

   Email address:

17. What is your preferred spoken or written language (if not English)?

## Is someone helping you fill out this application?

Complete the following section if you are filling out this form on behalf of the applicant.

1. Application start date     2. First name, Middle name, Last name, & Suffix

3. Organization Name (if applicable)     4. ID Number (if applicable)

**NEED HELP WITH YOUR APPLICATION?** Visit **SCDHHS.gov** or call us at **1-888-549-0820**. Para obtener una copia de este formulario en Español, llame **1-888-549-0820**. If you need help in a language other than English, call **1-888-549-0820** and tell the customer service representative the language you need. We'll get you help at no cost to you. TTY users should call **1-888-842-3620**.

DHHS Form 3400 (June 2016)     Application for Medicaid and Affordable Health Coverage     **Page 5 of 15**

# STEP 1: PERSON 1 — Complete Step 1 for each person in your family. Start with information about yourself.

Complete Step 1 for yourself, your spouse/partner and children who live with you and/or anyone on your same federal income tax return if you file one. See the instructions for more information about whom to include. If you don't file a tax return, remember to still add family members who live with you.

1. First name, Middle name, Last name, & Suffix

2. Relationship to you? **SELF**

3. Date of birth (mm/dd/yyyy)    4. Sex: ☐ Male  ☐ Female    5. Social Security number (SSN)    a. If you don't have a SSN, have you applied for one? ☐ Yes ☐ No  *If no, indicate the reason at question 15.*

**We need this if you want health coverage and have an SSN.** Providing your SSN can be helpful if you don't want health coverage since it can speed up the application process. We use SSNs to check income and other information to see who's eligible for help with health coverage costs. If someone wants help getting an SSN, call 1-800-772-1213 or visit **socialsecurity.gov**. TTY users should call 1-888-842-3620.

6. **Do you plan to file a federal income tax return NEXT YEAR?**
   (You can still apply for health insurance even if you don't file a federal income tax return.)
   ☐ YES. If yes, please answer questions a–c.    ☐ NO. If no, SKIP to question c.

   a. Will you file jointly with a spouse? ☐ Yes ☐ No  If yes, name of spouse: _____
   b. Will you claim any dependents on your tax return? ☐ Yes ☐ No
      If yes, list dependents: _____
   c. Will you be claimed as a dependent on someone's tax return? ☐ Yes ☐ No
      If yes, please list the tax filer: _____  How are you related to the tax filer? _____

7. Are you pregnant or recently pregnant? ☐ Yes ☐ No  If yes,  a. How many babies are expected? _____  b. What is your due date? _____
   c. If recently pregnant, enter the date the pregnancy ended: _____
   d. Were you enrolled in Medicaid on the last day of pregnancy?    ☐ Yes    ☐ No

8. **Do you need health coverage?** *(Even if you have insurance, there might be a program with better coverage or lower costs.)*
   ☐ YES. If yes, answer all the questions below.    ☐ NO. If no, SKIP to the income questions. Leave the rest of this page blank.

9. Do you have a disabling physical, mental, or emotional health condition that causes limitations in activities?    ☐ Yes ☐ No
10. Do you need to live in a medical facility or nursing home or need nursing services at home?    ☐ Yes ☐ No
11. Have you been diagnosed with and are receiving treatment for any of the following?    ☐ Yes ☐ No
    • Breast Cancer    • Cervical Cancer    • Atypical Breast Hyperplasia    • Precancerous Cervical Lesion (CIN 2/3)
12. Do you want to apply for Family Planning benefits?    ☐ Yes ☐ No
    *Family Planning is a limited benefit program, which provides family planning services, family planning-related services and certain limited preventative screenings. Family Planning is not full Medicaid coverage. If you leave this question blank, we will not assess you for Family Planning.*
13. a. Are you a U.S. citizen? (Born in U.S.; child of U.S. citizen; or former alien now naturalized as a U.S. citizen)    ☐ Yes ☐ No
    b. Are you a U.S. national? (Born in unincorporated U.S. Territory who elects to be a national, not a U.S. citizen)    ☐ Yes ☐ No
14. **If you aren't a U.S. citizen or U.S. national, do you have eligible immigration status?**    ☐ Yes ☐ No
    If YES, fill in your document type and ID number below.
    a. Immigration document type: _____    b. Document ID number: _____
    c. Have you lived in the U.S. since 1996?    ☐ Yes ☐ No
    d. Are you, or your spouse or parent a veteran or an active-duty member of the U.S. military?    ☐ Yes ☐ No
15. If you have not applied for a Social Security Number, list the reason:
    ☐ Issued for non-work reasons only    ☐ No SSN due to religious reasons    ☐ Not eligible for SSN
    ☐ Newborn, mother currently receiving Medicaid    ☐ Newborn, mother NOT receiving Medicaid
16. Do you want help paying for medical bills from the last 3 months?    ☐ Yes ☐ No
    a. If YES, was your household size the same during these 3 months as it is now?    ☐ Yes ☐ No
    b. Was your household income the same during these 3 months as it is now?    ☐ Yes ☐ No
       If NO, enter the total monthly income for: Last Month:  $ _____  2 Months Ago: $ _____  3 Months Ago: $ _____
17. Do you live with at least one child under the age of 19, and are you the main person taking care of this child?    ☐ Yes ☐ No
18. Are you a full-time student?    ☐ Yes ☐ No
19. Were you in foster care in South Carolina at age 18 or older?    ☐ Yes ☐ No
20. Are you currently living in a foster home?    ☐ Yes ☐ No
21. Are you currently living in a DJJ group home?    ☐ Yes ☐ No

**Now, tell us about any income from on the next page.** ➡

 **NEED HELP WITH YOUR APPLICATION?** Visit **SCDHHS.gov** or call us at **1-888-549-0820**. Para obtener una copia de este formulario en Español, llame **1-888-549-0820**. If you need help in a language other than English, call **1-888-549-0820** and tell the customer service representative the language you need. We'll get you help at no cost to you. TTY users should call **1-888-842-3620**.

# STEP 1: PERSON 1    (Continue with yourself)

**22. If Hispanic/Latino, ethnicity (OPTIONAL)**
☐ Mexican ☐ Mexican-American ☐ Chicano/a ☐ Puerto Rican
☐ Cuban ☐ Other: _____

**23. Race (OPTIONAL—check all that apply)**
☐ White ☐ Native Hawaiian ☐ Filipino ☐ Korean ☐ Black/African American
☐ Chinese ☐ Japanese ☐ Vietnamese ☐ Asian Indian ☐ Other Asian
☐ Samoan ☐ American Indian or Alaska native ☐ Guamanian or Chamorro
☐ Other Pacific Islander ☐ Other: _____

## Current job & income information

☐ **Employed**
If you're currently employed, tell us about your income. Start with question 24.

☐ **Not Employed**
SKIP to question 36.

☐ **Self-Employed**
SKIP to question 35.

### CURRENT JOB 1:

24. Employer name and address _____

25. Employer phone number _____

26. Wages/tips (before taxes)   ☐ Hourly  ☐ Weekly  ☐ Every 2 weeks  ☐ Twice a month  ☐ Monthly  ☐ Yearly
$ _____   27. Average hours worked each week _____   28. Start date _____

### CURRENT JOB 2: (If you have more jobs and need more space, attach another sheet of paper)

29. Employer name and address _____

30. Employer phone number _____

31. Wages/tips (before taxes)   ☐ Hourly  ☐ Weekly  ☐ Every 2 weeks  ☐ Twice a month  ☐ Monthly  ☐ Yearly
$ _____   32. Average hours worked each week _____   33. Start date _____

34. **In the past year, did you:**  ☐ Change jobs   ☐ Stop working   ☐ Start working fewer hours   ☐ None of these

35. **If self-employed, answer the following questions:**
   a. Type of work _____
   b. How much net income (profits once business expenses are paid will you get from this self-employment this month?)
   $ _____

36. **OTHER INCOME THIS MONTH:** Check all that apply, and give the amount and how often you get it.
   **NOTE:** You don't need to tell us about child support, veteran's payments or Supplemental Security Income (SSI).

☐ None
☐ Unemployment   $ _____   How often? _____   ☐ Net farming/fishing:  $ _____   How often? _____
☐ Pensions          $ _____   How often? _____   ☐ Net rental/royalty:   $ _____   How often? _____
☐ Social Security  $ _____   How often? _____   ☐ Other income:
☐ Retirement acc'ts $ _____  How often? _____   ☐ Type: _____  $ _____   How often? _____
☐ Alimony received $ _____   How often? _____   ☐ Type: _____  $ _____   How often? _____

37. **DEDUCTIONS:** Check all that apply, and give the amount and how often you get it.
   If PERSON 1 pays for certain things that can be deducted on a federal income tax return, telling us about them could make the cost of health coverage a little lower.
   **NOTE:** You shouldn't include a cost that you already considered in your answer to net self-employment.

☐ Alimony paid          $ _____   How often? _____   ☐ Other deductions:  $ _____   How often? _____
☐ Student loan interest $ _____   How often? _____   Type: _____

38. **YEARLY INCOME:** Complete only if PERSON 1's income changes from month to month.
   If you don't expect changes to PERSON 1's monthly income, add another person on the following pages.

PERSON 1's total income this year
$ _____

PERSON 1's total income next year (if you think it will be different)
$ _____

**THANKS! This is all we need to know about you.** ➡

**NEED HELP WITH YOUR APPLICATION?** Visit **SCDHHS.gov** or call us at **1-888-549-0820**. Para obtener una copia de este formulario en Español, llame **1-888-549-0820**. If you need help in a language other than English, call **1-888-549-0820** and tell the customer service representative the language you need. We'll get you help at no cost to you. TTY users should call **1-888-842-3620**.

Complete Step 1 for your spouse/partner and children who live with you and/or anyone on your same federal income tax return if you file one. See the instructions for more information about whom to include. If you don't file a tax return, remember to still add family members who live with you.

1. First name, Middle name, Last name, & Suffix

2. Relationship to you?

3. Date of birth (mm/dd/yyyy)    4. Sex: ☐ Male ☐ Female    5. Social Security number (SSN)

a. If you don't have a SSN, have you applied for one? ☐ Yes ☐ No
*If no, indicate the reason at question 16.*

6. Does PERSON 2 live at the same address as you? ☐ Yes ☐ No    **We need this if PERSON 2 wants health coverage and has an SSN.**

If no, list address: _____

7. **Does Person 2 plan to file a federal income tax return NEXT YEAR?**
   (You can still apply for health insurance even if you don't file a federal income tax return.)
   ☐ YES. If yes, please answer questions a–c.    ☐ NO. If no, SKIP to question c.
   a. Will Person 2 file jointly with a spouse? ☐ Yes ☐ No  If yes, name of spouse: _____
   b. Will Person 2 claim any dependents on your tax return? ☐ Yes ☐ No
      If yes, list dependents: _____
   c. Will Person 2 be claimed as a dependent on someone's tax return? ☐ Yes ☐ No
      If yes, please list the tax filer: _____ How are you related to the tax filer? _____

8. Are you pregnant or recently pregnant? ☐ Yes ☐ No  If yes,  a. How many babies are expected? _____  b. What is your due date? _____
   c. If recently pregnant, enter the date the pregnancy ended: _____
   d. Were you enrolled in Medicaid on the last day of pregnancy? ☐ Yes ☐ No

9. **Does PERSON 2 need health coverage?** *(Even if you have insurance, there might be a program with better coverage or lower costs)*
   ☐ YES. If yes, answer the questions below.    ☐ NO. If no, SKIP to the income questions. Leave the rest of this page blank.

10. Do you have a disabling physical, mental, or emotional health condition that causes limitations in activities? ☐ Yes ☐ No
11. Do you need to live in a medical facility or nursing home or need nursing services at home? ☐ Yes ☐ No
12. Have you been diagnosed with and are receiving treatment for any of the following? ☐ Yes ☐ No
    • Breast Cancer    • Cervical Cancer    • Atypical Breast Hyperplasia    • Precancerous Cervical Lesion (CIN 2/3)
13. Does PERSON 2 want to apply for Family Planning benefits? ☐ Yes ☐ No
    *Family Planning is a limited benefit program, which provides family planning services, family planning-related services and certain limited preventative screenings. Family Planning is not full Medicaid coverage. If you leave this question blank, we will not assess you for Family Planning.*
14. a. Is PERSON 2 a U.S. citizen? (Born in U.S.; child of U.S. citizen; or former alien now naturalized as a U.S. citizen) ☐ Yes ☐ No
    b. Is PERSON 2 a U.S. national? (Born in unincorporated U.S. Territory who elects to be a national, not a U.S. citizen) ☐ Yes ☐ No
15. **If PERSON 2 isn't a U.S. citizen or U.S. national, does PERSON 2 have eligible immigration status?** ☐ Yes ☐ No
    If YES, fill in PERSON 2's document type and ID number below.
    a. Immigration document type: _____    b. Document ID number: _____
    c. Has PERSON 2 lived in the U.S. since 1996? ☐ Yes ☐ No
    d. Is PERSON 2, their spouse or parent a veteran or an active-duty member of the U.S. military? ☐ Yes ☐ No
16. If you have not applied for a Social Security Number, list the reasons
    ☐ Issued for non-work reasons only    ☐ No SSN due to religious reasons    ☐ Not eligible for SSN
    ☐ Newborn, mother currently receiving Medicaid  ☐ Newborn, mother NOT receiving Medicaid
17. Does PERSON 2 want help paying for medical bills from the last 3 months? ☐ Yes ☐ No
    a. If YES, was this person's household size the same during these 3 months as it is now? ☐ Yes ☐ No
    b. Was this person's household income the same during these 3 months as it is now? ☐ Yes ☐ No
       If NO, enter the total monthly income for: Last Month:  $ _____ 2 Months Ago: $ _____ 3 Months Ago: $ _____
18. Does PERSON 2 live with at least one child under 19, and is PERSON 2 the main person taking care of this child? ☐ Yes ☐ No
19. Is PERSON 2 a full-time student? ☐ Yes ☐ No
20. Was PERSON 2 in foster care in South Carolina at age 18 or older? ☐ Yes ☐ No
21. Is PERSON 2 currently living in a foster home? ☐ Yes ☐ No
22. Is PERSON 2 currently living in a DJJ group home? ☐ Yes ☐ No

**Now, tell us about any income from PERSON 2 on the next page.**


**NEED HELP WITH YOUR APPLICATION?** Visit **SCDHHS.gov** or call us at **1-888-549-0820**. Para obtener una copia de este formulario en Español, llame **1-888-549-0820**. If you need help in a language other than English, call **1-888-549-0820** and tell the customer service representative the language you need. We'll get you help at no cost to you. TTY users should call **1-888-842-3620**.

# STEP 1: PERSON 2

**23. If Hispanic/Latino, ethnicity (OPTIONAL)**
☐ Mexican ☐ Mexican-American ☐ Chicano/a ☐ Puerto Rican
☐ Cuban ☐ Other: _____

**24. Race (OPTIONAL—check all that apply)**
☐ White ☐ Native Hawaiian ☐ Filipino ☐ Korean ☐ Black/African American
☐ Chinese ☐ Japanese ☐ Vietnamese ☐ Asian Indian ☐ Other Asian
☐ Samoan ☐ American Indian or Alaska native ☐ Guamanian or Chamorro
☐ Other Pacific Islander ☐ Other: _____

## Current job & income information

☐ **Employed**
If you're currently employed, tell us about your income. Start with question 25.

☐ **Not Employed**
SKIP to question 37.

☐ **Self-Employed**
SKIP to question 36.

### CURRENT JOB 1:

25. Employer name and address _____

26. Employer phone number _____

27. Wages/tips (before taxes) ☐ Hourly ☐ Weekly ☐ Every 2 weeks ☐ Twice a month ☐ Monthly ☐ Yearly
$ _____  28. Average hours worked each week _____  29. Start date _____

### CURRENT JOB 2: (If you have more jobs and need more space, attach another sheet of paper)

30. Employer name and address _____

31. Employer phone number _____

32. Wages/tips (before taxes) ☐ Hourly ☐ Weekly ☐ Every 2 weeks ☐ Twice a month ☐ Monthly ☐ Yearly
$ _____  33. Average hours worked each week _____  34. Start date _____

35. **In the past year, did you:** ☐ Change jobs ☐ Stop working ☐ Start working fewer hours ☐ None of these

36. **If self-employed, answer the following questions:**
   a. Type of work _____
   b. How much net income (profits once business expenses are paid will you get from this self-employment this month?) $ _____

37. **OTHER INCOME THIS MONTH:** Check all that apply, and give the amount and how often you get it.
   **NOTE:** You don't need to tell us about child support, veteran's payments or Supplemental Security Income (SSI).

☐ None
☐ Unemployment $ _____ How often? _____    ☐ Net farming/fishing: $ _____ How often? _____
☐ Pensions $ _____ How often? _____    ☐ Net rental/royalty: $ _____ How often? _____
☐ Social Security $ _____ How often? _____    ☐ Other income:
☐ Retirement acct's $ _____ How often? _____    ☐ Type: _____ $ _____ How often? _____
☐ Alimony received $ _____ How often? _____    ☐ Type: _____ $ _____ How often? _____

38. **DEDUCTIONS:** Check all that apply, and give the amount and how often you get it.
   If PERSON 2 pays for certain things that can be deducted on a federal income tax return, telling us about them could make the cost of health coverage a little lower.
   **NOTE:** You shouldn't include a cost that you already considered in your answer to net self-employment.

☐ Alimony paid $ _____ How often? _____    ☐ Other deductions: $ _____ How often? _____
☐ Student loan interest $ _____ How often? _____    Type: _____

39. **YEARLY INCOME:** Complete only if PERSON 2's income changes from month to month.
   If you don't expect changes to PERSON 2's monthly income, add another person on the following pages.

PERSON 2's total income this year
$ _____

PERSON 2's total income next year (if you think it will be different)
$ _____

---

**? NEED HELP WITH YOUR APPLICATION?** Visit **SCDHHS.gov** or call us at **1-888-549-0820**. Para obtener una copia de este formulario en Español, llame **1-888-549-0820**. If you need help in a language other than English, call **1-888-549-0820** and tell the customer service representative the language you need. We'll get you help at no cost to you. TTY users should call **1-888-842-3620**.

## STEP 1: PERSON 3

Complete Step 1 for your spouse/partner and children who live with you and/or anyone on your same federal income tax return if you file one. See the instructions page for more information about whom to include. If you don't file a tax return, remember to still add family members who live with you.

1. First name, Middle name, Last name, & Suffix

2. Relationship to you?

3. Date of birth (mm/dd/yyyy)   4. Sex: ☐ Male ☐ Female   5. Social Security number (SSN)

a. If you don't have a SSN, have you applied for one? ☐ Yes ☐ No
*If no, indicate the reason at question 16.*

6. Does PERSON 3 live at the same address as you? ☐ Yes ☐ No
**We need this if PERSON 3 wants health coverage and has an SSN.**

If no, list address:

7. **Does Person 3 plan to file a federal income tax return NEXT YEAR?**
(You can still apply for health insurance even if you don't file a federal income tax return.)
☐ YES. If yes, please answer questions a–c.   ☐ NO. If no, SKIP to question c.
  a. Will Person 3 file jointly with a spouse? ☐ Yes ☐ No  If yes, name of spouse: _____
  b. Will Person 3 claim any dependents on your tax return? ☐ Yes ☐ No
     If yes, list dependents: _____
  c. Will Person 3 be claimed as a dependent on someone's tax return? ☐ Yes ☐ No
     If yes, please list the tax filer: _____ How are you related to the tax filer? _____

8. Are you pregnant or recently pregnant? ☐ Yes ☐ No  If yes,  a. How many babies are expected? _____  b. What is your due date? _____
  c. If recently pregnant, enter the date the pregnancy ended: _____
  d. Were you enrolled in Medicaid on the last day of pregnancy? ☐ Yes ☐ No

9. **Does PERSON 3 need health coverage?** *(Even if you have insurance, there might be a program with better coverage or lower costs)*
☐ YES. If yes, answer the questions below.   ☐ NO. If no, SKIP to the income questions on page 7. Leave the rest of this page blank.

10. Do you have a disabling physical, mental, or emotional health condition that causes limitations in activities? ☐ Yes ☐ No
11. Do you need to live in a medical facility or nursing home or need nursing services at home? ☐ Yes ☐ No
12. Have you been diagnosed with and are receiving treatment for any of the following? ☐ Yes ☐ No
    • Breast Cancer   • Cervical Cancer   • Atypical Breast Hyperplasia   • Precancerous Cervical Lesion (CIN 2/3)
13. Does PERSON 3 want to apply for Family Planning benefits? ☐ Yes ☐ No
    *Family Planning is a limited benefit program, which provides family planning services, family planning-related services and certain limited preventative screenings. Family Planning is not full Medicaid coverage. If you leave this question blank, we will not assess you for Family Planning.*
14. a. Is PERSON 3 a U.S. citizen? (Born in U.S.; child of U.S. citizen; or former alien now naturalized as a U.S. citizen) ☐ Yes ☐ No
    b. Is PERSON 3 a U.S. national? (Born in unincorporated U.S. Territory who elects to be a national, not a U.S. citizen) ☐ Yes ☐ No
15. **If PERSON 3 isn't a U.S. citizen or U.S. national, does PERSON 3 have eligible immigration status?** ☐ Yes ☐ No
    If YES, fill in PERSON 3's document type and ID number below.
    a. Immigration document type: _____  b. Document ID number: _____
    c. Has PERSON 3 lived in the U.S. since 1996? ☐ Yes ☐ No
    d. Is PERSON 3, their spouse or parent a veteran or an active-duty member of the U.S. military? ☐ Yes ☐ No
16. If you have not applied for a Social Security Number, list the reasons
    ☐ Issued for non-work reasons only   ☐ No SSN due to religious reasons   ☐ Not eligible for SSN
    ☐ Newborn, mother currently receiving Medicaid ☐ Newborn, mother NOT receiving Medicaid
17. Does PERSON 3 want help paying for medical bills from the last 3 months? ☐ Yes ☐ No
    a. If YES, was this person's household size the same during these 3 months as it is now? ☐ Yes ☐ No
    b. Was this person's household income the same during these 3 months as it is now? ☐ Yes ☐ No
       If NO, enter the total monthly income for: Last Month:  $ _____ 2 Months Ago: $ _____ 3 Months Ago: $ _____
18. Does PERSON 3 live with at least one child under 19, and is PERSON 2 the main person taking care of this child? ☐ Yes ☐ No
19. Is PERSON 3 a full-time student? ☐ Yes ☐ No
20. Was PERSON 3 in foster care in South Carolina at age 18 or older? ☐ Yes ☐ No
21. Is PERSON 3 currently living in a foster home? ☐ Yes ☐ No
22. Is PERSON 3 currently living in a DJJ group home? ☐ Yes ☐ No

**Now, tell us about any income from PERSON 3 on the next page.**



**NEED HELP WITH YOUR APPLICATION?** Visit **SCDHHS.gov** or call us at **1-888-549-0820**. Para obtener una copia de este formulario en Español, llame **1-888-549-0820**. If you need help in a language other than English, call **1-888-549-0820** and tell the customer service representative the language you need. We'll get you help at no cost to you. TTY users should call **1-888-842-3620**.

## STEP 1: PERSON 3

23. **If Hispanic/Latino, ethnicity (OPTIONAL)**
☐ Mexican ☐ Mexican-American ☐ Chicano/a ☐ Puerto Rican
☐ Cuban ☐ Other: _____

24. **Race (OPTIONAL—check all that apply)**
☐ White ☐ Native Hawaiian ☐ Filipino ☐ Korean ☐ Black/African American
☐ Chinese ☐ Japanese ☐ Vietnamese ☐ Asian Indian ☐ Other Asian
☐ Samoan ☐ American Indian or Alaska native ☐ Guamanian or Chamorro
☐ Other Pacific Islander ☐ Other: _____

## Current job & income information

☐ **Employed**
If you're currently employed, tell us about your income. Start with question 25.

☐ **Not Employed**
SKIP to question 37.

☐ **Self-Employed**
SKIP to question 36.

### CURRENT JOB 1:

25. Employer name and address _____

26. Employer phone number _____

27. Wages/tips (before taxes) ☐ Hourly ☐ Weekly ☐ Every 2 weeks ☐ Twice a month ☐ Monthly ☐ Yearly
$ _____
28. Average hours worked each week _____
29. Start date _____

### CURRENT JOB 2: (If you have more jobs and need more space, attach another sheet of paper)

30. Employer name and address _____

31. Employer phone number _____

32. Wages/tips (before taxes) ☐ Hourly ☐ Weekly ☐ Every 2 weeks ☐ Twice a month ☐ Monthly ☐ Yearly
$ _____
33. Average hours worked each week _____
34. Start date _____

35. **In the past year, did you:** ☐ Change jobs ☐ Stop working ☐ Start working fewer hours ☐ None of these

36. **If self-employed, answer the following questions:**
  a. Type of work _____
  b. How much net income (profits once business expenses are paid will you get from this self-employment this month?)
  $ _____

37. **OTHER INCOME THIS MONTH:** Check all that apply, and give the amount and how often you get it.
   **NOTE:** You don't need to tell us about child support, veteran's payments or Supplemental Security Income (SSI).

☐ None
☐ Unemployment $ _____ How often? _____ ☐ Net farming/fishing: $ _____ How often? _____
☐ Pensions $ _____ How often? _____ ☐ Net rental/royalty: $ _____ How often? _____
☐ Social Security $ _____ How often? _____ ☐ Other income:
☐ Retirement acc'ts $ _____ How often? _____ ☐ Type: _____ $ _____ How often? _____
☐ Alimony received $ _____ How often? _____ ☐ Type: _____ $ _____ How often? _____

38. **DEDUCTIONS:** Check all that apply, and give the amount and how often you get it.
   If PERSON 3 pays for certain things that can be deducted on a federal income tax return, telling us about them could make the cost of health coverage a little lower.
   **NOTE:** You shouldn't include a cost that you already considered in your answer to net self-employment.

☐ Alimony paid $ _____ How often? _____ ☐ Other deductions: $ _____ How often? _____
☐ Student loan interest $ _____ How often? _____ Type: _____

39. **YEARLY INCOME:** Complete only if PERSON 3's income changes from month to month.
   If you don't expect changes to PERSON 3's monthly income, add another person on the following pages.

PERSON 3's total income this year
$ _____

PERSON 3's total income next year (if you think it will be different)
$ _____

**NEED HELP WITH YOUR APPLICATION?** Visit **SCDHHS.gov** or call us at **1-888-549-0820**. Para obtener una copia de este formulario en Español, llame **1-888-549-0820**. If you need help in a language other than English, call **1-888-549-0820** and tell the customer service representative the language you need. We'll get you help at no cost to you. TTY users should call **1-888-842-3620**.

# STEP 1: PERSON 4

Complete Step 1 for your spouse/partner and children who live with you and/or anyone on your same federal income tax return if you file one. See page 2 for more information about whom to include. If you don't file a tax return, remember to still add family members who live with you.

1. First name, Middle name, Last name, & Suffix

2. Relationship to you?

3. Date of birth (mm/dd/yyyy)  4. Sex: ☐ Male ☐ Female  5. Social Security number (SSN)

a. If you don't have a SSN, have you applied for one? ☐ Yes ☐ No
*If no, indicate the reason at question 16.*

**We need this if PERSON 4 wants health coverage and has an SSN.**

6. Does PERSON 4 live at the same address as you? ☐ Yes ☐ No
If no, list address: _____

7. **Does Person 4 plan to file a federal income tax return NEXT YEAR?**
   (You can still apply for health insurance even if you don't file a federal income tax return.)
   ☐ YES. If yes, please answer questions a–c.   ☐ NO. If no, SKIP to question c.
   a. Will Person 4 file jointly with a spouse? ☐ Yes ☐ No  If yes, name of spouse: _____
b. Will Person 4 claim any dependents on your tax return? ☐ Yes ☐ No
   If yes, list dependents: _____
c. Will Person 4 be claimed as a dependent on someone's tax return? ☐ Yes ☐ No
   If yes, please list the tax filer: _____  How are you related to the tax filer? _____

8. Are you pregnant or recently pregnant? ☐ Yes ☐ No  If yes,  a. How many babies are expected? ____  b. What is your due date? ____
   c. If recently pregnant, enter the date the pregnancy ended: ____
   d. Were you enrolled in Medicaid on the last day of pregnancy? ☐ Yes ☐ No

9. **Does PERSON 4 need health coverage?** *(Even if you have insurance, there might be a program with better coverage or lower costs)*
   ☐ YES. If yes, answer the questions below.   ☐ NO. If no, SKIP to the income questions. Leave the rest of this page blank.

10. Do you have a disabling physical, mental, or emotional health condition that causes limitations in activities? ☐ Yes ☐ No
11. Do you need to live in a medical facility or nursing home or need nursing services at home? ☐ Yes ☐ No
12. Have you been diagnosed with and are receiving treatment for any of the following? ☐ Yes ☐ No
    • Breast Cancer   • Cervical Cancer   • Atypical Breast Hyperplasia   • Precancerous Cervical Lesion (CIN 2/3)
13. Does PERSON 4 want to apply for Family Planning benefits? ☐ Yes ☐ No
    *Family Planning is a limited benefit program, which provides family planning services, family planning-related services and certain limited preventative screenings. Family Planning is not full Medicaid coverage. If you leave this question blank, we will not assess you for Family Planning.*

14. a. Is PERSON 4 a U.S. citizen? (Born in U.S.; child of U.S. citizen; or former alien now naturalized as a U.S. citizen) ☐ Yes ☐ No
b. Is PERSON 4 a U.S. national? (Born in unincorporated U.S. Territory who elects to be a national, not a U.S. citizen) ☐ Yes ☐ No

15. **If PERSON 4 isn't a U.S. citizen or U.S. national, does PERSON 4 have eligible immigration status?** ☐ Yes ☐ No
    If YES, fill in PERSON 4's document type and ID number below.
    a. Immigration document type: _____   b. Document ID number: _____
    c. Has PERSON 4 lived in the U.S. since 1996? ☐ Yes ☐ No
    d. Is PERSON 4, their spouse or parent a veteran or an active-duty member of the U.S. military? ☐ Yes ☐ No

16. If you have not applied for a Social Security Number, list the reasons
    ☐ Issued for non-work reasons only   ☐ No SSN due to religious reasons   ☐ Not eligible for SSN
    ☐ Newborn, mother currently receiving Medicaid   ☐ Newborn, mother NOT receiving Medicaid

17. Does PERSON 4 want help paying for medical bills from the last 3 months? ☐ Yes ☐ No
    a. If YES, was this person's household size the same during these 3 months as it is now? ☐ Yes ☐ No
    b. Was this person's household income the same during these 3 months as it is now? ☐ Yes ☐ No
    If NO, enter the total monthly income for: Last Month:  $ _____  2 Months Ago: $ _____  3 Months Ago: $ _____

18. Does PERSON 4 live with at least one child under 19, and is PERSON 4 the main person taking care of this child? ☐ Yes ☐ No
19. Is PERSON 4 a full-time student? ☐ Yes ☐ No
20. Was PERSON 4 in foster care in South Carolina at age 18 or older? ☐ Yes ☐ No
21. Is PERSON 4 currently living in a foster home? ☐ Yes ☐ No
22. Is PERSON 4 currently living in a DJJ group home? ☐ Yes ☐ No

**Now, tell us about any income from PERSON 4 on the next page.**

**NEED HELP WITH YOUR APPLICATION?** Visit **SCDHHS.gov** or call us at **1-888-549-0820**. Para obtener una copia de este formulario en Español, llame **1-888-549-0820**. If you need help in a language other than English, call **1-888-549-0820** and tell the customer service representative the language you need. We'll get you help at no cost to you. TTY users should call **1-888-842-3620**.

# STEP 1: PERSON 4

23. **If Hispanic/Latino, ethnicity (OPTIONAL)**
☐ Mexican ☐ Mexican-American ☐ Chicano/a ☐ Puerto Rican
☐ Cuban ☐ Other: _____

24. **Race (OPTIONAL—check all that apply)**
☐ White ☐ Native Hawaiian ☐ Filipino ☐ Korean ☐ Black/African American
☐ Chinese ☐ Japanese ☐ Vietnamese ☐ Asian Indian ☐ Other Asian
☐ Samoan ☐ American Indian or Alaska native ☐ Guamanian or Chamorro
☐ Other Pacific Islander ☐ Other: _____

## Current job & income information

☐ **Employed**
If you're currently employed, tell us about your income. Start with question 25.

☐ **Not Employed**
SKIP to question 37.

☐ **Self-Employed**
SKIP to question 36.

### CURRENT JOB 1:

25. Employer name and address

26. Employer phone number

27. Wages/tips (before taxes) ☐ Hourly ☐ Weekly ☐ Every 2 weeks ☐ Twice a month ☐ Monthly ☐ Yearly
$ _____ 28. Average hours worked each week _____ 29. Start date _____

### CURRENT JOB 2: (If you have more jobs and need more space, attach another sheet of paper)

30. Employer name and address

31. Employer phone number

32. Wages/tips (before taxes) ☐ Hourly ☐ Weekly ☐ Every 2 weeks ☐ Twice a month ☐ Monthly ☐ Yearly
$ _____ 33. Average hours worked each week _____ 34. Start date _____

35. **In the past year, did you:** ☐ Change jobs ☐ Stop working ☐ Start working fewer hours ☐ None of these

36. **If self-employed, answer the following questions:**
a. Type of work
b. How much net income (profits once business expenses are paid will you get from this self-employment this month?)
$ _____

37. **OTHER INCOME THIS MONTH:** Check all that apply, and give the amount and how often you get it.
**NOTE:** You don't need to tell us about child support, veteran's payments or Supplemental Security Income (SSI).

☐ None
☐ Unemployment $ _____ How often? _____ ☐ Net farming/fishing: $ _____ How often? _____
☐ Pensions $ _____ How often? _____ ☐ Net rental/royalty: $ _____ How often? _____
☐ Social Security $ _____ How often? _____ ☐ Other income:
☐ Retirement acc'ts $ _____ How often? _____ ☐ Type: _____ $ _____ How often? _____
☐ Alimony received $ _____ How often? _____ ☐ Type: _____ $ _____ How often? _____

38. **DEDUCTIONS:** Check all that apply, and give the amount and how often you get it.
If PERSON 4 pays for certain things that can be deducted on a federal income tax return, telling us about them could make the cost of health coverage a little lower.
**NOTE:** You shouldn't include a cost that you already considered in your answer to net self-employment.

☐ Alimony paid $ _____ How often? _____ ☐ Other deductions: $ _____ How often? _____
☐ Student loan interest $ _____ How often? _____ Type: _____

39. **YEARLY INCOME:** Complete only if PERSON 4's income changes from month to month.
If you don't expect changes to PERSON 4's monthly income, add another person on the following pages.

PERSON 4's total income this year
$ _____

PERSON 4's total income next year (if you think it will be different)
$ _____

---

**NEED HELP WITH YOUR APPLICATION?** Visit **SCDHHS.gov** or call us at **1-888-549-0820**. Para obtener una copia de este formulario en Español, llame **1-888-549-0820**. If you need help in a language other than English, call **1-888-549-0820** and tell the customer service representative the language you need. We'll get you help at no cost to you. TTY users should call **1-888-842-3620**.

## STEP 2 — American Indian or Alaska Native (AI/AN) family member(s)

1. Are you or is anyone in your family American Indian or Alaska Native?
   - ☐ **If NO,** skip to Step 3.
   - ☐ **YES. If YES,** ask for and complete SCDHHS Form 3400-Appendix B (American Indian or Alaska Native Family Member).

## STEP 3 — Your family's health coverage

Answer these questions for anyone who needs health coverage.

1. **Is anyone enrolled in health coverage now from the following?** If available, please provide a copy of the insurance card.

☐ **YES.** If yes, check the type of coverage and write the person(s)' name(s) next to the coverage they have.   ☐ **NO.**

- ☐ Medicaid _____
- ☐ CHIP _____
- ☐ Medicare _____
  - Claim number: _____
  - Date Medicare coverage started: _____
- ☐ TRICARE (Don't check if you have direct care of Line Of Duty) _____
- ☐ VA health care programs: _____
- ☐ Peace Corps: _____

- ☐ Employer insurance _____
  - Name of health insurance: _____
  - Policy number: _____   Start Date: _____
  - Is this COBRA coverage?   ☐ Yes   ☐ No
  - ☐ Is this a retiree health plan?   ☐ Yes   ☐ No
- ☐ Other health insurance _____
  - Name of health insurance: _____
  - Policy number: _____   Start Date: _____
  - Is this a limited-time benefit plan (ex: a school accident policy)?   ☐ Y   ☐ N

2. **Is anyone listed on this application offered health coverage from a job?** Check yes even if the coverage is from someone else's job, such as a parent or spouse.

☐ **YES.** **If YES**, you'll need to complete and include Appendix A. Is this a state employee benefit plan?   ☐ Yes   ☐ No

☐ **NO.** **If NO**, continue to Step 4.

## STEP 4 — Read and Sign.

Please read the following rights and responsibilities. If you disagree with a statement, your eligibility for programs may be impacted. A signature is required to complete the application process and submit your application to the agency.

1. I know that under federal law, discrimination isn't permitted on the basis of race, color, national origin, sex, age, or disability. I can file a complaint of discrimination by calling (888) 808-4238 or writing to the Civil Rights Division, SCDHHS, P.O. Box 8206, Columbia, SC 29202-8206.
2. I know I will be asked to cooperate with the agency that collects medical support from an absent parent. If I think that cooperating to collect medical support will harm me or my children, I can tell the agency and may not have to cooperate.
3. I assign and give my rights to any payments from a liable third party to the SCDHHS up to the payment amount that Healthy Connections has made for my medical care. This assignment applies to any of my minor children who may be injured. These payments may include payments from health insurance, legal settlements, or other third parties. I also understand that I have a duty to cooperate in identifying and providing information to assist Healthy Connections in pursuing third parties who may be liable to pay for care and services.
4. I understand that I must cooperate fully with state and federal workers if my case is reviewed. I also understand that, as a condition of eligibility, I must apply for and take steps to obtain any other benefits, including but not limited to annuities, pensions, retirement, disability and other benefits.
5. As an applicant/beneficiary for Medicaid services, I understand that there are two groups of people that are affected by estate recovery:
   - A person of any age who was a patient in a nursing facility, intermediate care facility for the intellectually disabled, or other medical institution at the time of death, and who was required to pay most of his/her income for the cost of care; or
   - A person who was 55 years of age or older when he/she received medical assistance consisting of nursing facility services, home and community based services, and hospital and prescription drug services provided to individuals in nursing facilities or receiving home community-based services.
     I understand that upon receiving any of these services, the Department of Health and Human Services will file a claim against my estate (all personal and real property owned by me at my death) for the amount Medicaid has paid for my services.

---

 **NEED HELP WITH YOUR APPLICATION?** Visit **SCDHHS.gov** or call us at **1-888-549-0820**. Para obtener una copia de este formulario en Español, llame **1-888-549-0820**. If you need help in a language other than English, call **1-888-549-0820** and tell the customer service representative the language you need. We'll get you help at no cost to you. TTY users should call **1-888-842-3620**.

6. I know that I must tell SCDHHS within 10 days if any information I listed on this application changes and is different than what I wrote on this application. I understand that a change in my information could affect the eligibility for member(s) of my household.
7. The information I provide on this application and in future interaction with SCDHHS will be used to check my eligibility for help paying for health coverage, if I choose to apply. If the information I provide doesn't match electronic data, I may be asked to send proof. I know that, unless I specifically ask to be excluded, information collected will be securely stored in order to be sure that services provided to my family and me are sufficient and necessary.
8. If I think SCDHHS, the agency that administers Healthy Connections, the state's Medicaid program, has made an error I can appeal its decision. To appeal means to tell someone at SCDHHS that I think the action is wrong, and ask for a fair hearing. I must submit a written request for such a hearing to SCDHHS. I know that I may represent myself or be represented by someone other than myself.
9. I know that personal health information I provide or that is later gathered by SCDHHS is covered by the Health Insurance Portability and Accountability Act of 1996 (HIPAA) and I will receive a Notice of Privacy Practices along with my Healthy Connections Card(s).

Does any child on this application have a parent living outside of the home?  ☐ Yes  ☐ No

I confirm that no one applying for health insurance on this application is incarcerated (detained or jailed). If not,

_____ is incarcerated.

### Renewal of coverage in future years

To make it easier to determine my eligibility for help paying for health coverage in future years, I agree to allow Medicaid or the Health Insurance Marketplace to use income data, including information from tax returns. Medicaid will send me a notice, let me make any changes, and I can opt out at any time.

Yes, renew my eligibility automatically for the next:

☐ 5 years (the maximum number of years allowed), or for a shorter number of years:
☐ 4 years    ☐ 3 years    ☐ 2 years    ☐ 1 year    ☐ Don't use information from tax returns to renew my coverage.

**Sign this application.** The person who filled out Step 1 should sign this application. If you're an authorized representative, you may sign here, as long as you have provided the information required on DHHS Form 1282 - Authorized Representative.

**By signing, I state that I have read and agree to the rights and responsibilities stated on this application.**

_____    _____
Signature                                                                                      Date (mm/dd/yyyy)

Please print this form, then sign it on the line above before submitting.

## STEP 5   Mail the completed application.

Mail your signed application to:   **SCDHHS - Central Mail**
**PO Box 100101**
**Columbia SC 29202-3101**

If you want to register to vote, you can complete a voter registration form at **scvotes.org**.

**NEED HELP WITH YOUR APPLICATION?** Visit **SCDHHS.gov** or call us at **1-888-549-0820**. Para obtener una copia de este formulario en Español, llame **1-888-549-0820**. If you need help in a language other than English, call **1-888-549-0820** and tell the customer service representative the language you need. We'll get you help at no cost to you. TTY users should call **1-888-842-3620**.

# APPENDIX A

## Health Coverage from Jobs

You DON'T need to answer these questions unless someone in the household is eligible for health coverage from a job. Attach a copy of this page for each job that offers coverage.

### Tell us about the **job** that offers coverage.
Take the Employer Coverage Tool on the next page to the employer who offers coverage to help you answer these questions. You only need to include this page when you send in your application, not the Employer Coverage Tool.

**EMPLOYEE information**

1. Employee name (First, Middle, Last)

2. Employee Social Security number

**EMPLOYER information**

3. Employer name

4. Employer Identification Number (EIN)

5. Employer address

6. Employer phone number
( )

7. City

8. State

9. ZIP code

10. Who can we contact about employee health coverage at this job?

11. Phone number (if different from above)
( )

12. Email address

13. **Are you currently eligible for coverage offered by this employer, or will you become eligible in the next 3 months?**
☐ **YES.** If YES, continue below.  ☐ **NO.** If NO, stop here and go to Step 3 on the application.

13a. If you're in a waiting or probationary period, when can you enroll in coverage? _____ (mm/dd/yyyy)

List the names of anyone else who is eligible for coverage from this job.

Name: _____   Name: _____   Name: _____

### Tell us about the **health plan** offered by this employer.

14. Does the employer offer a health plan that meets the minimum value standard*?   ☐ Yes   ☐ No

15. For the lowest-cost plan that meets the minimum value standard* offered only to the employee (don't include family plans): If the employer has wellness programs, provide the premium that the employee would pay if he/she received the maximum discount for any tobacco cessation programs, and did not receive any other discounts based on wellness programs.

a. How much would the employee have to pay in premiums for this plan? $ _____

b. How often?   ☐ Weekly   ☐ Every 2 weeks   ☐ Twice a month   ☐ Monthly   ☐ Yearly

16. What change will the employer make for the new plan year (if known)?

☐ Employer won't offer health coverage

☐ Employer will start offering health coverage to employees or change the premium for the lowest-cost plan available only to the employee that meets the minimum value standard.* (Premium should reflect the discount for wellness programs. See question 15.)

a. How much would the employee have to pay in premiums for this plan? $ _____

b. How often?   ☐ Weekly   ☐ Every 2 weeks   ☐ Twice a month   ☐ Monthly   ☐ Yearly

Date of change (mm/dd/yyyy): _____

* An employer-sponsored health plan meets the "minimum value standard" if the plan's share of the total allowed benefit costs covered by the plan is no less than 60 percent of such costs [Section 36B(c)(2)(C)(ii) of the Internal Revenue Code of 1986]



**NEED HELP WITH YOUR APPLICATION?** Visit **SCDHHS.gov** or call us at **1-888-549-0820**. Para obtener una copia de este formulario en Español, llame **1-888-549-0820**. If you need help in a language other than English, call **1-888-549-0820** and tell the customer service representative the language you need. We'll get you help at no cost to you. TTY users should call **1-888-842-3620**.

# EMPLOYER COVERAGE TOOL

## Health Coverage from Jobs

Use this tool to help answer questions in Appendix A about any employer health coverage that you're eligible for (even if it's from another person's job, like a parent or spouse). The information in the numbered boxes below match the boxes on Appendix A. For example, the answer to question 14 on this page should match question 14 on Appendix A.

Write your name and Social Security number in boxes 1 and 2 and ask the employer to fill out the rest of the form.

Complete one tool for each employer that offers health coverage.

### EMPLOYEE Information
The **employee** needs to fill out this section.

1. Employee name (First, Middle, Last)

2. Employee Social Security number

### EMPLOYER Information
The **employer** needs to fill out this section.

3. Employer name

4. Employer Identification Number (EIN)

5. Employer address

6. Employer phone number ( )

7. City

8. State

9. ZIP code

10. Who can we contact about employee health coverage at this job?

11. Phone number (if different from above) ( )

12. Email address

13. **Is the employee currently eligible for coverage offered by this employer, or will the employee become eligible in the next 3 months?**

☐ **YES.** If YES, continue below.  ☐ **NO.** If NO, stop here and go to Step 3 on the application.

   13a. If the employee is not eligible today, including as a result of a waiting or probationary period, when is the employee eligible for coverage? _____ (mm/dd/yyyy)

   List the names of anyone else who is eligible for coverage from this job.

   Name: _____   Name: _____   Name: _____

### Tell us about the **health plan** offered by this employer.

14. Does the employer offer a health plan that meets the minimum value standard*?   ☐ Yes   ☐ No

15. For the lowest-cost plan that meets the minimum value standard* offered only to the employee (don't include family plans): If the employer has wellness programs, provide the premium that the employee would pay if he/she received the maximum discount for any tobacco cessation programs, and did not receive any other discounts based on wellness programs.

   a. How much would the employee have to pay in premiums for this plan? $ _____

   b. How often?   ☐ Weekly   ☐ Every 2 weeks   ☐ Twice a month   ☐ Monthly   ☐ Yearly

16. What change will the employer make for the new plan year (if known)?
   ☐ Employer won't offer health coverage
   ☐ Employer will start offering health coverage to employees or change the premium for the lowest-cost plan available only to the employee that meets the minimum value standard.* (Premium should reflect the discount for wellness programs. See question 15.)

   a. How much would the employee have to pay in premiums for this plan? $ _____

   b. How often?   ☐ Weekly   ☐ Every 2 weeks   ☐ Twice a month   ☐ Monthly   ☐ Yearly

   Date of change (mm/dd/yyyy): _____

* An employer-sponsored health plan meets the "minimum value standard" if the plan's share of the total allowed benefit costs covered by the plan is no less than 60 percent of such costs [Section 36B(c)(2)(C)(ii) of the Internal Revenue Code of 1986].



**NEED HELP WITH YOUR APPLICATION?** Visit **SCDHHS.gov** or call us at **1-888-549-0820**. Para obtener una copia de este formulario en Español, llame **1-888-549-0820**. If you need help in a language other than English, call **1-888-549-0820** and tell the customer service representative the language you need. We'll get you help at no cost to you. TTY users should call **1-888-842-3620**.



# Authorization for Release of Information and Appointment of Authorized Representative for Medicaid Applications/Reviews and Appeals

| Name of Medicaid applicant/member | Social Security Number |
|---|---|
| | |

## Appointing an Authorized Representative

**Would you like to allow someone to represent you on all matters related to your case?**

You can give a trusted person or an organization permission to talk about your application with us, see your information, and act for you on matters related to your application, including getting information about your application and signing your application on your behalf. This person can also act for you on other matters, including reviews, appeals and managed care processes. This person is called an "authorized representative." The Medicaid eligibility worker can release any information regarding your application/review and status to your authorized representative or any member of the organization indicated on this form. More than one person or organization can serve as your authorized representative.

You can appoint, withdraw or change an authorized representative at any time. If you ever need to change your authorized representative, contact Healthy Connections. If you are a legally appointed representative for someone on this application, you do not need to complete this section.

Name of Authorized Representative (First name, Middle name, Last name)    ☐ New  ☐ Change  ☐ Addition
☐ Remove this person or organization as my authorized representative

| Authorized Representative's address (Leave blank if you don't have one.) | Apartment or suite number |
|---|---|

| City | State | ZIP code |
|---|---|---|

| Authorized Representative's phone number | Other phone number |
|---|---|

Authorized Representative's email address

| Organization name (if applicable) | Unit* (if applicable) | ID number (if applicable) |
|---|---|---|

*It is best to identify a specific unit for large organizations.

**OR**

## Permission to Release Information

**Is there anyone that you would like us to share information with about your application?**

By completing this section, you can give permission for the following person to receive information about your application/case, but they won't have the ability to act on your behalf like an authorized representative. You also give SCDHHS permission to release information about this application to this additional person or organization.

| Name of person/organization | Phone | | |
|---|---|---|---|
| Address | City | State | ZIP |
| Unit (if applicable) | ID Number (if applicable) | | |

| Medicaid applicant/member's signature | Date (mm/dd/yyyy) |
|---|---|

If signing with an "X," please have two people sign below as witnesses.

Witness: _____    Witness: _____

☐ Member is incapacitated and unable to sign. SCDHHS reserves the right to verify member's inability to sign. Provide reason:

**Mail your signed form to:** SCDHHS - Central Mail, PO Box 100101, Columbia, SC 29202-3101    **Fax:** (888) 820-1204

**NEED HELP WITH YOUR APPLICATION?** Visit **SCDHHS.gov** or call us at **1-888-549-0820**. Para obtener una copia de este formulario en Español, llame **1-888-549-0820**. If you need help in a language other than English, call **1-888-549-0820** and tell the customer service representative the language you need. We'll get you help at no cost to you. TTY users should call **1-888-842-3620**.