# EXHIBIT 6

*July 13, 2018 Termination Letter*



Henry McMaster GOVERNOR
Joshua D. Baker DIRECTOR
P.O. Box 8206 > Columbia, SC 29202
www.scdhhs.gov

July 13, 2018

Planned Parenthood South Atlantic
2712 Middleburg Drive, Suite 107
Columbia, SC 29204-2478

Re: Pharmacy MEDICAID ID#: 715572
NPI# 1497049555
Physician Group MEDICAID ID#: 143724
NPI# 1851438147

Dear Planned Parenthood South Atlantic:

On Friday, July 13, 2018, Governor Henry McMaster issued Executive Order 2018-21 directing the South Carolina Department of Health and Human Services to deem abortion clinics unqualified to provide family planning services to beneficiaries in the South Carolina Medicaid Program. On July 5, 2018, Governor McMaster issued his vetoes to the FY 2018-2019 General Appropriations Act, among which was Veto 42, which prevents taxpayers from subsidizing abortion providers, including Planned Parenthood. Previously, Executive Order 2017-15 requires the South Carolina Department of Health and Human Services to take all necessary actions to cease payment of funds to any physician or professional medical practice affiliated with an abortion clinic.

The Governor's actions result in Planned Parenthood no longer being qualified to provide services to Medicaid beneficiaries; therefore, Planned Parenthood's enrollment agreements with the South Carolina Medicaid Program is terminated effective July 13, 2018.

Sincerely,

Amanda Q. Williams
Office of Health Programs