UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD SOUTH ATLANTIC, et al., | } } } |
| Plaintiffs, | } } |
| v. | } Case No. 3:18-cv-2078-MGL } |
| JOSHUA BAKER, | } } } |
| Defendant. | } |

## STIPULATION OF DISMISSAL

WHEREAS, Plaintiffs Planned Parenthood South Atlantic (PPSAT) and Julie Edwards brought this suit to challenge Defendant Joshua Baker's termination of PPSAT from Medicaid, challenging that termination under both the Medicaid Act (Complaint Count I) and the United States Constitution (Counts II and III); and

WHEREAS, on September 17, 2020, this Court issued an order and opinion granting Plaintiffs' Motion for Summary Judgment on Count I of their Complaint; and

WHEREAS, this Court's decision provides a basis for the full relief sought in Plaintiffs' Complaint,

NOW THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties by and through their attorneys of record stipulate to the dismissal of Count II and Count III of this case, without prejudice.

*Signatures on following page*

Respectfully submitted,

/s/ Kathleen McDaniel
M. Malissa Burnette (Fed. Bar. No. 1616)
Kathleen McDaniel (Fed. Bar. No. 10139)
Burnette Shutt & McDaniel, PA
912 Lady Street, Second Floor
Columbia, SC 29201
803-904-7913
mburnette@burnetteshutt.law
kmcdaniel@burnetteshutt.law

Alice Clapman*
Planned Parenthood Federation of America
1110 Vermont Ave., NW, Suite 300
Washington, DC 20005
(202) 973-4862
alice.clapman@ppfa.org

*Attorneys for Plaintiffs*

\* Admitted pro hac vice


s/ Kelly M. Jolley
Kelly M. Jolley (Fed. Bar No. 09578)
Ariail B. Kirk (Fed. Bar No. 09250)
Jolley Law Group, LLC
810 Bellwood Road
Post Office Box 50529
Columbia, SC 29250
(803) 830-6500
kjolley@jolleylawgroup.com
akirk@jolleylawgroup.com

*Attorneys for Defendant*

December 10, 2020
Columbia, South Carolina