# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| PLANNED PARENTHOOD SOUTH ATLANTIC and JULIE EDWARDS, on her behalf and on behalf of all others similarly situated,<br>*Plaintiffs*<br>v.<br>JOSHUA BAKER, in his official capacity as Director, South Carolina Department of Health and Human Services,<br>*Defendant* | Civil Action No. 3:18-cv-02078-MGL |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ declaratory judgment is entered in favor of the plaintiffs, Planned Parenthood South Atlantic and Julie Edwards, on her behalf and on behalf of all others similarly situated, as Joshua Baker's decision to terminate Planned Parenthood South Atlantic from Medicaid violates the Medicaid Act and is void and of no effect.

☒ the defendant, Joshua Baker, in his official capacity as Director, South Carolina Department of Health and Human Services, and his agents, employees, appointees, delegates, and successors shall be permanently enjoined from terminating Planned Parenthood South Atlantic from Medicaid as a result of its provision of lawful abortion-related services to Planned Parenthood South Atlantic clients.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☒ decided by the Court, the Honorable Mary Geiger Lewis, US District Judge, presiding. The Court having heard and granted the plaintiffs' motion for summary judgment.

Date: December 11, 2020

*ROBIN L. BLUME, CLERK OF COURT*

s/Charles L. Bruorton

*Signature of Clerk or Deputy Clerk*