

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| PLANNED PARENTHOOD SOUTH ATLANTIC and JULIE EDWARDS, *on her behalf and on behalf of all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSHUA BAKER, *in his official capacity as Director, South Carolina Department of Health and Human Services*, <br><br> Defendant. | § § § § § § § § § § § § § § | Civil Action No.: 3:18-2078-MGL <br><br> **DECLARATORY JUDGMENT AND PERMANENT INJUNCTION** |

This Court having granted Plaintiffs' Motion for Summary Judgment based on the Court's holding that Defendant Joshua Baker's decision to terminate Planned Parenthood South Atlantic (PPSAT) from Medicaid violates the Medicaid Act as a matter of law:

**IT IS HEREBY DECLARED** that Baker's decision to terminate PPSAT from Medicaid violates the Medicaid Act, is unlawful, and will be void and of no effect;

**IT IS FURTHER ORDERED** that Baker and his successors are permanently enjoined from terminating or excluding PPSAT, including its employees, contractors, or successors, from

1

participation in the South Carolina Medicaid Program on the grounds it is an abortion clinic or provides abortion services.

**IT IS SO ORDERED.**

Signed this 14th day of December 2020, in Columbia, South Carolina.

<u>s/ Mary Geiger Lewis</u>
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE