# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| JULIE EDWARDS and PLANNED PPARENTHOOD SOUTH ATLANTIC, on her behalf and on behalf of others similarly situated, | Civil Action No: 3:18-cv-2078-MGL |
| Plaintiffs, | **NOTICE OF APPEAL** |
| vs. | |
| JOSHUA BAKER, in his official capacity As Director, South Carolina Department of Health and Human Services, | |
| Defendant. | |

PLEASE TAKE NOTICE that defendant Joshua Baker, in his official capacity as Director, South Carolina Department of Health and Human Services, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment granting Plaintiffs' claim for Declaratory Judgment and Permanent Injunction (Doc. 77), entered in this action on December 14, 2020 and the Memorandum Opinion and Order Granting Plaintiffs' Motion for Summary Judgment as to Count One of the Complaint (Doc. 71), entered in this action on September 17, 2020.

Respectfully submitted,

JOLLEY LAW GROUP, LLC

s/ Kelly M. Jolley
Kelly M. Jolley (09578)
*kjolley@jolleylawgroup.com*
Ariail B. Kirk (09250)
*akirk@jolleylawgroup.com*
Post Office Box 50529
Columbia, SC 29250
803.830.6500 phone
877.668.1766 fax

*Attorneys for Defendant*

January 8, 2020