BURNETTE SHUTT MCDANIEL
Moving law forward.

BURNETTE SHUTT & MCDANIEL, PA
912 Lady Street | PO Box 1929 | Columbia, SC 29202
O: 803.850.0912    F: 803.904.7910
burnetteshutt.law

**Kathleen McDaniel – Partner**
803.904.7913 Direct
kmcdaniel@burnetteshutt.law

August 19, 2025

<u>**VIA ELECTRONIC FILING**</u>

The Honorable Mary Geiger Lewis
United States District Judge
901 Richland Street
Columbia, South Carolina 29201

> **RE:  Planned Parenthood South Atlantic and Julie Edwards, on her behalf of all others similarly situated v. Eunice Medina, in her official capacity as Director, South Carolina Department of Health and Human Services**
> **C/A No. 3:18-cv-02078-MGL**

Dear Judge Lewis:

Following the Supreme Court's decision in *Medina v. Planned Parenthood South Atlantic*, 145 S. Ct. 2219 (2025), and anticipating the return of the mandate to this Court, Plaintiffs respectfully notify the Court of their intent to seek leave to amend and supplement the Complaint and to file a motion for a temporary restraining order and preliminary injunction. Plaintiffs intend to meet and confer with Defendant on an expedited briefing schedule for the proposed motions that may be entered after the mandate has issued.

Plaintiffs filed this case on July 27, 2018, challenging the State's termination of Planned Parenthood South Atlantic ("Planned Parenthood") from South Carolina's Medicaid program. Dkt. 1. This Court granted Plaintiffs' request for a permanent injunction on their Free Choice of Provider claim brought under Section 1983 and, at this Court's request and by stipulation, Plaintiffs voluntarily dismissed their Fourteenth Amendment claims without prejudice. *Planned Parenthood S. Atl. v. Baker*, 487 F. Supp. 3d 443, 448–49 (D.S.C. 2020); Dkt. 74 at 1. After the Court entered judgment in Plaintiffs'

The Honorable Mary Geiger Lewis
August 19, 2025
Page 2

---------------

favor, the Fourth Circuit affirmed. *Planned Parenthood S. Atl. v. Kerr*, 27 F.4th 945 (4th Cir. 2022); *Planned Parenthood S. Atl. v. Kerr*, 95 F.4th 152 (4th Cir. 2024). The Supreme Court granted certiorari and reversed, holding that the Free Choice of Provider provision is not privately enforceable by Medicaid beneficiaries under Section 1983. *Medina*, 145 S. Ct. at 2239. On July 28, 2025, the Supreme Court's judgment issued, and the mandate returned to the Fourth Circuit, which then issued an order remanding the case to this Court with directions to dismiss the complaint and assess any relevant costs. *See* Dkt. 124, *Kerr v. Planned Parenthood S. Atl.*, No. 21-1043 (4th Cir. July 30, 2025).

While this lawsuit has worked its way through the appellate process, South Carolina has continued its efforts to punish Planned Parenthood, enacting legislation to ensure the organization is foreclosed from receiving federal funds. Most recently, on May 28, 2025, the General Assembly passed the 2025-2026 General Appropriations Bill, which provides that "once the federal injunction [entered by this Court] is lifted, the Department of Health and Human Services may not direct any federal funds to Planned Parenthood." South Carolina H. 4025, § 33.22, 126th Session (S.C. 2025). Lifting of the injunction in this case therefore will subject Planned Parenthood not only to the State's original termination action, but also to this subsequent legislative attack. And if the State's actions go into effect, Planned Parenthood faces the prospect of having to turn away Medicaid patients in violation of its constitutional rights, jeopardizing its mission and reputation, as well as the health of some South Carolina residents most in need.

Plaintiffs therefore intend to seek leave to amend and supplement the original Complaint to reflect these additional developments, and to move for immediate injunctive relief to prevent the State from terminating Planned Parenthood's Medicaid funding once

The Honorable Mary Geiger Lewis
August 19, 2025
Page 3

---------------

the current injunction is lifted.

                                Respectfully submitted,

                                s/Kathleen McDaniel
M. Malissa Burnette (Fed. Bar No. 1616)
Kathleen McDaniel (Fed. Bar No. 10139)
Grant Burnette LeFever (Fed. Bar No. 12943)
Burnette Shutt & McDaniel, PA
912 Lady Street, Second Floor
Columbia, SC 29201
803-904-7913
mburnette@burnetteshutt.law
kmcdaniel@burnetteshutt.law
glefever@burnetteshutt.law

Jennifer R. Sandman*
Planned Parenthood Federation of America
123 William Street, Ninth Floor
New York, NY 10038
212-541-7800
jennifer.sandman@ppfa.org

*Attorneys for Plaintiffs*

* Admitted pro hac vice


KMM/ala
cc: All Counsel of Record (via ECF Filing Notification)