**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | |
|---|---|
| PLANNED PARENTHOOD SOUTH ATLANTIC and JULIE EDWARDS,<br><br>        Plaintiffs,<br><br>  vs.<br><br>EUNICE MEDINA, in her official capacity a DIRECTOR OF THE SOUTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>        Defendants. | C/A No. 3:18-cv-02078-MGL<br><br>**NOTICE OF APPEARANCE<br>OF GRANT BURNETTE LEFEVER** |

  **PLEASE TAKE NOTICE** that Grant Burnette LeFever of Burnette Shutt & McDaniel, P.A., hereby enters her appearance as additional counsel of record in the above-captioned matter for Plaintiffs.

                 s/Grant Burnette LeFever
                 Grant Burnette LeFever (Fed Bar No. 12943)
                 BURNETTE SHUTT & McDANIEL, P.A.
                 Post Office Box 1929
                 Columbia, SC 29202-1929
                 Tel: 803-904-7920
                 Fax: 803-904-7910
                 Email: glefever@burnetteshutt.law

                 **ATTORNEYS FOR PLAINTIFFS**

August 27, 2025
Columbia, South Carolina