# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD SOUTH ATLANTIC and JULIE EDWARDS,<br><br>Plaintiffs,<br><br>v.<br><br>EUNICE MEDINA, in her official capacity as DIRECTOR OF THE SOUTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | Case No. 3:18-cv-2078-MGL<br><br><br>**JOINT MOTION FOR EXTENSION** |

      Plaintiffs Planned Parenthood South Atlantic and Julie Edwards, by and through their undersigned counsel, and Defendant Eunice Medina, by and through her undersigned counsel, hereby jointly move this Honorable Court pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 6.01 for an order extending the deadline by which to file a joint reply in response to the Court's Order (ECF No. 108) by seven (7) days. The current deadline for the joint reply is October 1, 2025, and granting this motion would result in a response due date of October 8, 2025. The deadline has not previously been extended, and the requested extension would not affect any other deadlines.

      An extension would allow the parties additional time to coordinate with each other regarding a joint reply on the issues request by the Court: (1) whether the Supreme Court's opinion in *Medina v. Planned Parenthood South Atlantic*, 145 S. Ct. 2219 (2025), constitutes a decision on the merits and (2) whether the Fourth Circuit's mandate requires the Court to dismiss this matter with or without prejudice.

Dated: September 30, 2025

/s/ Kathleen McDaniel
M. Malissa Burnette (Fed. Bar No. 1616)
Kathleen McDaniel (Fed. Bar No. 10139)
Grant Burnette LeFever (Fed. Bar No. 12943)
Burnette Shutt & McDaniel, PA
912 Lady Street, Second Floor
Columbia, SC 29201
803-904-7913
mburnette@burnetteshutt.law
kmcdaniel@burnetteshutt.law
glefever@burnetteshutt.law

Jennifer R. Sandman*
C. Peyton Humphreville*
Planned Parenthood Federation of America
123 William Street, Ninth Floor
New York, NY 10038
212-541-7800
jennifer.sandman@ppfa.org
peyton.humphreville@ppfa.org

Hannah Swanson*
Planned Parenthood Federation of America
1110 Vermont Avenue NW, Suite 300
Washington, DC 20005
202-494-8764
hannah.swanson@ppfa.org

*Attorneys for Plaintiffs*

Heather L. Richardson*
Priyah Kaul*
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
213-229-7000
hrichardson@gibsondunn.com
pkaul@gibsondunn.com

*Attorneys for Plaintiff Planned Parenthood South Atlantic*

\* Admitted *pro hac vice*

Respectfully submitted,

/s/ Kelly M. Jolley
Jolley Law Group, LLC
Kelly M. Jolley (Fed. Bar No. 09578)
Email: kjolley@jolleylawgroup.com
Ariail B. Kirk (Fed. Bar No. 09250)
Email: akirk@jolleylawgroup.com
3112 Devine Street
Columbia, SC 29205
T: (803) 830-6500
F: (877) 668-1766

*Attorneys for Defendant*

2