**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | |
|---|---|
| PLANNED PARENTHOOD SOUTH ATLANTIC and JULIE EDWARDS,<br><br>Plaintiffs,<br><br>v.<br><br>EUNICE MEDINA, in her official capacity as DIRECTOR OF THE SOUTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | Case No. 3:18-cv-2078-MGL<br><br><br>**NOTICE OF SETTLEMENT AND REQUEST FOR RUBIN ORDER** |

The parties have reached an agreement to settle the above-captioned action. The parties respectfully request that the Court enter a Rubin Order to allow time to consummate the agreement. The parties further request that the Court modify the standard Rubin Order to permit the parties thirty days, instead of sixty days, to petition the court to restore the action or enforce the settlement.

(*Signature page to follow.*)

Dated: September 30, 2025

/s/ Grant Burnette LeFever
M. Malissa Burnette (Fed. Bar No. 1616)
Kathleen McDaniel (Fed. Bar No. 10139)
Grant Burnette LeFever (Fed. Bar No. 12943)
Burnette Shutt & McDaniel, PA
912 Lady Street, Second Floor
Columbia, SC 29201
803-904-7913
mburnette@burnetteshutt.law
kmcdaniel@burnetteshutt.law
glefever@burnetteshutt.law

Jennifer R. Sandman*
C. Peyton Humphreville*
Planned Parenthood Federation of America
123 William Street, Ninth Floor
New York, NY 10038
212-541-7800
jennifer.sandman@ppfa.org
peyton.humphreville@ppfa.org

Hannah Swanson*
Planned Parenthood Federation of America
1110 Vermont Avenue NW, Suite 300
Washington, DC 20005
202-494-8764
hannah.swanson@ppfa.org

*Attorneys for Plaintiffs*

Heather L. Richardson*
Priyah Kaul*
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
213-229-7000
hrichardson@gibsondunn.com
pkaul@gibsondunn.com

*Attorneys for Plaintiff Planned Parenthood
South Atlantic*

* Admitted *pro hac vice*

Respectfully submitted,

/s/Kelly M. Jolley
Jolley Law Group, LLC
Kelly M. Jolley (Fed. Bar No. 09578)
Email: kjolley@jolleylawgroup.com
Ariail B. Kirk (Fed. Bar No. 09250)
Email: akirk@jolleylawgroup.com
3112 Devine Street
Columbia, SC 29205
T: (803) 830-6500
F: (877) 668-1766

*Attorneys for Defendant*

2