IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD SOUTH ATLANTIC and JULIE EDWARDS, on her behalf and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>EUNICE MEDINA, in her official capacity as Director, South Carolina Department of Health and Human Services,,<br><br>　　　　　　Defendant. | C/A No. 3:18-cv-02078-MGL<br><br>**ORDER OF DISMISSAL** |

　　　　The Court having been advised by counsel for the parties that the above action has been settled,

　　　　IT IS ORDERED that this action is hereby dismissed without costs and without prejudice. If settlement is not consummated within thirty (30) days, any party may petition the Court to reopen this action and restore it to the calendar. Rule 60(b)(6), F.R.Civ.P. In the alternative, to the extent permitted by law, any party may within sixty (60) days petition the Court to enforce the settlement. Fairfax Countywide Citizens v. Fairfax County, 571 F.2d 1299 (4th Cir. 1978). By agreement of the parties, the court retains jurisdiction to enforce the settlement agreement. Kokkonen v. Guardian Life Ins. Co., 511 U.S. 375, 381-82 (1994).

  The dismissal hereunder shall be <u>with prejudice</u> if no action is taken under either alternative within thirty (30) days from the filing date of this order.

  IT IS SO ORDERED.

<u>s/Mary Geiger Lewis</u>
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
October 22, 2025